427 A.2d 1220

Commonwealth v. Ross, Appellant.

---

* Judge Donald E. Wieand is sitting by special designation. Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, is sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.

Argued September 12, 1979. Louis B. Priluker, for appellant; Suzanne McDonough, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.